Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): **McBurrows, Geary O.** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Robinson-McBurrows, DeLorise** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **fka DeLorise Robinson, fka DeLorise Crane** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0073** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2080** |
| Street Address of Debtor (No. & Street, City, and State): **525 Timber Ridge** **Apt. #308** **Carol Stream IL**  ZIPCODE **60188** | Street Address of Joint Debtor (No. & Street, City, and State): **525 Timber Ridge** **Apt. #308** **Carol Stream IL**  ZIPCODE **60188** |
| County of Residence or of the Principal Place of Business: **Dupage** | County of Residence or of the Principal Place of Business: **Dupage** |
| Mailing Address of Debtor (if different from street address): **SAME**  ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME**  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**  ZIPCODE | |

| **Type of Debtor** (Form of organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☒ Chapter 7 ☐ Chapter 9 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity** (Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

| **Nature of Debts** (Check one box) |
|---|
| ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"   ☐ Debts are primarily business debts. |

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Filing Fee** (Check one box) |
|---|
| ☒ Full Filing Fee attached ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Official Form 1 (1/08)** FORM B1, Page **2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Geary O. McBurrows and* *DeLorise Robinson-McBurrows* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
|  | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** ___*/s/ Richard S. Bass*_____ *12/30/2009* |
|  | Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                                 FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Geary O. McBurrows and DeLorise Robinson-McBurrows* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Geary O. McBurrows*
_____
Signature of Debtor

X */s/ DeLorise Robinson-McBurrows*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*12/30/2009*
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*12/30/2009*
_____
(Date)

### Signature of Attorney*

X */s/ Richard S. Bass*
_____
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
_____
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
_____
Firm Name

*2021 Midwest Road*
_____
Address

*Oak Brook IL   60521*
_____
*630-953-8655*
_____
Telephone Number

*12/30/2009*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*12/30/2009*
_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

      <u>Chapter 13</u>:  **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

      <u>Chapter 11</u>:  **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

      <u>Chapter 12</u>:  **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

In re  *Geary O. McBurrows and DeLorise Robinson-McBurrows*                    ,          Case No._____
                        Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re  *Geary O. McBurrows and DeLorise Robinson-McBurrows*                              ,        Case No. _____
            Debtor(s)                                                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* *Location: In debtor's possession* | | *$ 100.00* |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking: Bank of America* *Location: In debtor's possession* | | *$ 500.00* |
| | | *Savings: Bank of America* *Location: In debtor's possession* | | *$ 1,000.00* |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings* *Location: In debtor's possession* | | *$ 2,000.00* |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures* *Location: In debtor's possession* | | *$ 300.00* |
| 6.  Wearing apparel. | | *Misc used personal clothing* | | *$ 600.00* |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term)* *Location: In debtor's possession* | | *$ 1.00* |

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,    Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2002 Geo Tracker_ _Location: In debtor's possession_ | | $ 2,000.00 |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,   Case No. _____
Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2007 Ford Mustang* *Location: In debtor's possession* | | $ 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➤ | $ 18,501.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **Geary O. McBurrows and DeLorise Robinson-McBurrows** ,   Case No. _____

_____
Debtor(s)   (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking: Bank of America | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| Savings: Bank of America | 735 ILCS 5/12-1001(b) | $ 1,000.00 | $ 1,000.00 |
| Misc used household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Misc used personal items, books and pictures | 735 ILCS 5/12-1001(a) | $ 300.00 | $ 300.00 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 600.00 | $ 600.00 |
| Life Insurance (Term) | 735 ILCS 5/12-1001(f) | $ 1.00 | $ 1.00 |
| 2002 Geo Tracker | 735 ILCS 5/12-1001(c) | $ 2,000.00 | $ 2,000.00 |
| 2007 Ford Mustang | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 12,000.00 |

Page No. ___1___ of ___1___

B6D (Official Form 6D) (12/07)

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____,   Case No._____
          **Debtor(s)**                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No:<br>*Creditor # : 1*<br>*Chase Auto Finance*<br>*National Bankruptcy Dept*<br>*PO BOX  29505 / AZ1-1191*<br>*Phoenix AZ 85038-8986* | | *2009*<br>*Purchase Money Security*<br>*2007 Ford Mustang*<br><br>Value: *$ 12,000.00* | | | | *$ 15,000.00* | *$ 3,000.00* |
| Account No:<br>*Creditor # : 2*<br>*Chase Auto Finance*<br>*Attn: Bankruptcy Dept*<br>*PO Box 78068*<br>*Phoenix AZ 85062-8067* | J | *2009*<br>*Notice to other location*<br>*2007 Ford Mustang  (Notice to other location)*<br>Value: *$ 12,000.00* | | | | *$ 0.00* | *$ 0.00* |
| Account No:<br>*Creditor # : 3*<br>*Chase Auto Finance*<br>*Attn Bankruptcy Dept*<br>*PO Box 5210*<br>*New Hyde Park NY 11042* | J | *2009*<br>*Notice to other location*<br>*2007 Ford Mustang  (Notice to other location)*<br>Value: *$ 12,000.00* | | | | *$ 0.00* | *$ 0.00* |

No continuation sheets attached

Subtotal $   *$ 15,000.00*   *$ 3,000.00*
(Total of this page)

Total $   *$ 15,000.00*   *$ 3,000.00*
(Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re Geary O. McBurrows and DeLorise Robinson-McBurrows ,    Case No._____
                            Debtor(s)                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,  Case No. _____
 **Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  _4130_ <br><br> _Creditor # : 1_ <br> _AdvanceCare Healthcare_ <br> _833 E. 158th St_ <br> _Dolton IL 60419_ | | _H_ | _2006_ <br> _Medical Bills_ | | | | _$ 400.00_ |
| Account No: <br><br> _Creditor # : 2_ <br> _Adventist Health_ <br> _Attn Patient Accts_ <br> _911 Elm St_ <br> _Hinsdale IL 60521_ | | _H_ | _2005_ <br> _Medical Bills_ <br> _Acct: 2373051_ | | | | _$ 600.00_ |
| Account No: <br><br> _Creditor # : 3_ <br> _Adventist Hinsdale Hospital_ <br> _Attn: Patient Accts_ <br> _120 N Oak St_ <br> _Oak Brook IL 60521_ | | _H_ | _2005_ <br> _Medical Bills_ <br> _Accts: 5855136   6026819  6033050_ | | | | _$ 8,000.00_ |
| Account No:  _1572_ <br><br> _Creditor # : 4_ <br> _AES-PHEAP Student Loans_ <br> _Attn: Bankruptcy DEpt_ <br> _PO Box 2461_ <br> _Harrisburg PA 17105_ | | _H_ | _2000_ <br> _Student Loan_ | | | | _$ 11,151.00_ |

_16_ continuation sheets attached

Subtotal $ | _$ 20,151.00_

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____,    Case No._____
            **Debtor(s)**                                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    441<br>Creditor # : 5<br>AfL (Payday Loan)<br>Attn Bankruptcy Dept<br>6606 W. Roosevelt Rd<br>Glen Ellyn IL 60137 | | H | 2009<br>Loan | | | | $ 500.00 |
| Account No:    876<br>Creditor # : 6<br>Allied Interstate<br>Acct: Bankruptcy Dept<br>PO Box 361445<br>Columbus OH 43236-0000 | | H | 2009<br>Collection | | | | $ 165.00 |
| Account No:    4581<br>Creditor # : 7<br>American Family Insurance<br>Attn:   Collection Dept<br>6000 American Pky<br>Madison WI 53783-0001 | | H | 2003-2009<br>Insurance Premiums | | | | $ 205.00 |
| Account No:    3876<br>Creditor # : 8<br>Arrow Financial Service<br>Acct: Bankruptcy Dept<br>5996 W. Touhy<br>Niles IL 60714-4610 | | H | 2009<br>Collection | | | | $ 467.00 |
| Account No:<br>Creditor # : 9<br>Asset Acceptance Corp<br>Acct: Bankruptcy Dept<br>PO Box 2041<br>Warren MI 48090-2041 | | W | 2004<br>Collection<br>Case No 04 M1 113482 | | | | $ 5,439.00 |
| Account No:    2861<br>Creditor # : 10<br>Asset Acceptance Corp<br>Acct: Bankruptcy Dept<br>PO Box 909886<br>Chicago IL 60690-9886 | | H | 2009<br>Collection | | | | $ 165.00 |

Sheet No.   1   of   16   continuation sheets attached to Schedule of    Subtotal $    $ 6,941.00
Creditors Holding Unsecured Nonpriority Claims                                    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_   ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2861<br><br>Creditor # : 11<br>Asset Acceptance Corp<br>Acct: Bankruptcy Dept<br>PO Box 2036<br>Warren MI 48090-000 | | H | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   2861<br><br>Creditor # : 12<br>Asset Acceptance Corp<br>Acct: Bankruptcy Dept<br>PO Box 2041<br>Warren MI 48090-2041 | | H | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   3059<br><br>Creditor # : 13<br>Asset Acceptance LLC<br>Attn:  Bankruptcy Dept<br>PO BOX  2036<br>Warren MI 48090-2036 | | H | 2003-2009<br>Collection | | | | $ 1,060.00 |
| Account No:   7078<br><br>Creditor # : 14<br>Asset Acceptance LLC<br>Attn:  Bankruptcy Dept<br>PO BOX  2036<br>Warren MI 48090-2036 | | H | 2003-2009<br>Collection | | | | $ 2,558.00 |
| Account No:   0053<br><br>Creditor # : 15<br>Bank One<br>Attn: Bankruptcy Deptr<br>PO Box  15153<br>Wilmington DE 19886-5153 | | W | 2000<br>Credit Account | | | | $ 2,586.00 |
| Account No:   0942<br><br>Creditor # : 16<br>Blatt Hasenmiller Leibsker et<br>Acct: Bankruptcy Dept<br>125 S. Wacker Dr  #400<br>Chicago IL 60606-4440 | | W | 2009<br>Notice to attorney | | | | $ 0.00 |

Sheet No.   _2_  of   _16_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 6,204.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____ ,   Case No. _____
         **Debtor(s)**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>Calvalry Portfolio Svcs<br>Attn:  Bankruptyc Dept<br>7 Skyline Drive, 3rd Flr<br>Hawthorne NY 10532 | | | 2003-2009<br>Collection | | | | $ 178.00 |
| Account No:   6766<br>Creditor # : 18<br>Calvary Portfolio Svcs<br>Attn:  Bankruptcy Dept<br>7 Skyline Dr, 3rd FL<br>Hawthorne NY 10532 | | H | 2003-2009<br>Collection | | | | $ 332.00 |
| Account No:   516<br>Creditor # : 19<br>Capital Management Services<br>Attn:  Bankruptcy Dept<br>726 Exchange Street, Suite 700<br>Buffalo NY 14210 | | H | 2003-2009<br>Collection | | | | $ 467.00 |
| Account No:   6266<br>Creditor # : 20<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  5155<br>Norcross GA 30091 | | W | 2000-09<br>Credit Account | | | | $ 708.00 |
| Account No:   1422<br>Creditor # : 21<br>Cash America Net Illinois<br>Attn: Bankruptcy Dept<br>200 W. Jackson Blvd  #2400<br>Chicago IL 60606 | | H | 2009<br>Loan | | | | $ 500.00 |
| Account No:   116<br>Creditor # : 22<br>Cash Call Loans<br>Attn: Bankruptcy Dept<br>PO Box 307167<br>Gahanna OH 43230 | | W | 2009<br>Loan | | | | $ 2,509.00 |

Sheet No.   _3_ of   _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 4,694.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,        Case No. _____
         **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5223<br>Creditor # : 23<br>Cash Call WYN<br>Attn: Bankruptcy Dept<br>PO Box 307167<br>Gahanna OH 43230 | | W | 2009<br>Loan | | | | $ 2,900.00 |
| Account No:    3912<br>Creditor # : 24<br>Cavalry Portfolio Services<br>Acct:  First Chicago<br>7 Skyline Dr, 3rd Floor<br>Hawthorn   NY 10532 | | W | 2000<br>Collection | | | | $ 3,793.00 |
| Account No:    4570<br>Creditor # : 25<br>Cavalry Portfolio Services<br>Acct: Sprint<br>PO Box 1017<br>Hawthorne NY 10532 | | H | 2009<br>Collection | | | | $ 337.00 |
| Account No:<br>Creditor # : 26<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | H | 2006<br>Medical Bills | | | | $ 350.00 |
| Account No:    2605<br>Creditor # : 27<br>Chase<br>Attn:  Bankruptcy Dept<br>PO Box 260161<br>Baton Rouge LA 70826 | | H | 2003-2009<br>Credit Account | | | | $ 587.00 |
| Account No:<br>Creditor # : 28<br>Citi Financial Auto<br>Attn: Bankruptcy Dept<br>PO BOX  210189<br>Bedford TX 76095 | | W | 2003 | | | | $ 0.00 |

Sheet No.   4   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 7,967.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows*    ,    Case No. _____
_____**Debtor(s)**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0060<br><br>Creditor # : 29<br>Credit Collection Services<br>Acct: Geico Direct<br>PO Box 55126<br>Boston MA 02205 | | H | 2009<br>Notice to Collector | | | | $ 300.00 |
| Account No:    8906<br><br>Creditor # : 30<br>Credit One Bank<br>Attn:  Bankruptcy Dept<br>PO BOX  98873<br>Las Vegas NV 89193 | | H | 2003-2009<br>Credit Account | | | | $ 657.00 |
| Account No:    1700<br><br>Creditor # : 31<br>Credit Protection Assoc<br>RE:  COMCAST<br>13355 Noel Rd, Suite 2100<br>Dallas TX 75240 | | H | 2009<br>Collection | | | | $ 205.00 |
| Account No:    0079<br><br>Creditor # : 32<br>Discover Card<br>Attn:  Bankruptcy Dept<br>3311 Mill Meadow Road<br>Hilliard OH 43026 | | W | 2000-09<br>Credit Account | | | | $ 1,861.00 |
| Account No:<br><br>Creditor # : 33<br>Dr. Kozulff<br>1 N. 121 County Farm Rd<br>Plainfield IL 60544 | | H | 2006<br>Medical Bills | | | | $ 300.00 |
| Account No:<br><br>Creditor # : 34<br>DuPage Pathology Assoc<br>520 E. 22nd St<br>Lombard IL 60148 | | H | 2005<br>Medical Bills<br>Accts: 0000884181    0001026311 | | | | $ 300.00 |

Sheet No.    5    of    16    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 3,623.00
Total $    |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_        ,        Case No. _____
        **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>Edward Hospital<br>801 S. Washington St<br>PO Box 3060-Patient Accts<br>Naperville IL 60566 | | H | 2006<br>Medical Bills | | | | $ 2,700.00 |
| Account No:   1696<br>Creditor # : 36<br>Elmhurst Medical<br>Attn:  Patient Accts<br>75 Remittance Dr  #6383<br>Chicago IL 60675 | | H | 2003-2009<br>Medical Bills | | | | $ 5,685.00 |
| Account No:   7233<br>Creditor # : 37<br>Elmhurst Medical<br>Attn:  Patient Accts<br>75 Remittance Dr  #6383<br>Chicago IL 60675 | | H | 2003-2009<br>Medical Bills | | | | $ 4,674.00 |
| Account No:   6235<br>Creditor # : 38<br>Elmhurst Medical<br>Attn:  Patient Accts<br>75 Remittance Dr  #6383<br>Chicago IL 60675 | | H | 2003-2009<br>Medical Bills | | | | $ 10,151.00 |
| Account No:<br>Creditor # : 39<br>Fast Cash Advance<br>Attn:  Bankruptcy Dept<br>413 E. Ogden Ave<br>Naperville IL 60563 | | | 2003-2009<br>Loan | | | | $ 325.00 |
| Account No:   8746<br>Creditor # : 40<br>First Premier Bank<br>Attn Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5524 | | W | 2009<br>Credit Account | | | | $ 466.00 |

Sheet No.  6  of  16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 24,001.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____ ,   Case No. _____
    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7039<br>Creditor # : 41<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5512 | | | 2003-2009<br>Credit Card Purchases | | | | $ 474.00 |
| Account No:   6823<br>Creditor # : 42<br>First Premier Bank<br>Attn Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5524 | | H | 2009<br>Credit Account | | | | $ 250.00 |
| Account No:   6823<br>Creditor # : 43<br>First Premier Bank<br>Attn Bankruptcy Dept<br>PO Box 5147<br>Sioux Falls  SD 57117-5147 | | J | 2009<br>Notice to other location | | | | $ 0.00 |
| Account No:   2344<br>Creditor # : 44<br>Gastroenterology Services LTD<br>Attn:  Patient Accounts<br>333 Chestnute   #104<br>Downers Grove IL 60515 | | H | 2005<br>Medical Bills | | | | $ 1,600.00 |
| Account No:<br>Creditor # : 45<br>GE Money Bank<br>Acct: Bankruptcy Dept<br>PO Box 900061<br>Orlando FL 32896-0061 | | W | 2009<br>Credit Account | | | | $ 147.00 |
| Account No:   6552<br>Creditor # : 46<br>Geico Direct Insurance<br>Attn:   Collection Dept<br>One Geico Plaza<br>Bethesda MD 20811-0001 | | | 2003-2009<br>Insurance Premiums | | | | $ 156.00 |

Sheet No.  7  of   16  continuation sheets attached to Schedule of   **Subtotal $**   $ 2,627.00
Creditors Holding Unsecured Nonpriority Claims                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_   ,       Case No. _____

**Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9417<br>Creditor # : 47<br>Genesis Financial Solutions<br>Attn: Bankruptcy Dept<br>505 N. LaSalle St, #250<br>Chicago IL 60654 | | | 2003-2009<br>Loan | | | | $ 413.00 |
| Account No:<br>Creditor # : 48<br>GMAC Financial<br>Attn: Bankruptcy Dept<br>PO Box 130424<br>Roseville MN 55113-0004 | | | 2006<br>Notice. | | | | $ 0.00 |
| Account No: 5042<br>Creditor # : 49<br>Greater Suburban Acceptance<br>Attn: Bankruptcy Dept<br>1645 Ogden Ave<br>Downers Grove IL 60515 | | H | 2009<br>Notice to other location | | | | $ 0.00 |
| Account No: 5042<br>Creditor # : 50<br>Greater Suburban Acceptance<br>Attn: Bankruptcy Dept<br>PO Box 369<br>Downers Grove IL 60515 | | H | 2009<br>Credit Account | | | | $ 380.00 |
| Account No: 0002<br>Creditor # : 51<br>Horizon Card Services<br>Attn: Bankruptcy Dept<br>PO Box 1275<br>Indiana PA 15701 | | H | 2006<br>Credit Account | | | | $ 500.00 |
| Account No: 0906<br>Creditor # : 52<br>HSBC Card Services<br>Attn: Bankruptcy Dept<br>PO BOX 80084<br>Salinas CA 93912-0084 | | H | 2009<br>Credit Account | | | | $ 861.00 |

Sheet No. _8_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,154.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,    Case No. _____
**Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  510<br>Creditor # : 53<br>I. C. System Inc.<br>RE:Chase Card<br>444 Highway 96 E, PO BOX 64887<br>Saint Paul MN 55164-0887 | | H | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:  914<br>Creditor # : 54<br>Illinois Collection Service<br>RE:  Bankruptcy Dept<br>PO BOX  646<br>Oak Lawn IL 60454-0646 | | H | 2009<br>Collection | | | | $ 2,057.00 |
| Account No:  2002<br>Creditor # : 55<br>Illinois Title Loan<br>Attn: Bankruptcy Dept<br>205 E. St. Charles Rd<br>Villa Park IL 60181 | | | 2003-2009<br>Loan | | | | $ 1,235.00 |
| Account No:  8517<br>Creditor # : 56<br>Imagine<br> Bankruptcy Dept<br>PO BOX  105555<br>Atlanta GA 30348-5555 | | H | 2003-2009<br>Collection | | | | $ 650.00 |
| Account No:  1109<br>Creditor # : 57<br>Law Office Brent Christianson<br>1755 S. Naperville Rd<br>Suite #100<br>Wheaton IL 60187 | | H | 2003-2009<br>Attorney Fees | | | | $ 500.00 |
| Account No:<br>Creditor # : 58<br>Law Office McMahan & Sigunick<br>Acct: Asset Acceptance<br>216 W. Jackson Blvd  #900<br>Chicago IL 60606 | | J | 2004<br>Notice to attorney<br>Cook County Suit 04 M1 113482 | | | | $ 0.00 |

Sheet No. _9_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,442.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____ ,        Case No._____

**Debtor(s)**        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7811<br>Creditor # : 59<br>Leading Edge Recovery<br>Acct: Credit One Bank<br>5440 N. Cumberland   #300<br>Chicago IL 60656 | | H | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    5866<br>Creditor # : 60<br>LVNV Funding<br>RE:  Capital One<br>PO BOX  10497<br>Greenville SC 29603-0584 | | W | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    4679<br>Creditor # : 61<br>Medical Business Bureau<br>Acct: Bankruptcy Dept<br>PO Box 1219<br>Park Ridge IL 60068-7219 | | W | 2009<br>Medical Bills | | | | $ 2,000.00 |
| Account No:    1464<br>Creditor # : 62<br>Mercantile Collection<br>Acct: First Premier Bank<br>PO Box 9016<br>Williamsville NY 14231 | | J | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:    6191<br>Creditor # : 63<br>Merchanst Credit Guide<br>Acct: Bankruptcy Dept<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | | H | 2009<br>Collection | | | | $ 740.00 |
| Account No:    6325<br>Creditor # : 64<br>Merchant Credit Guide<br>Acct:Bankruptcy Dept<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | | H | 2009<br>Collection | | | | $ 385.00 |

Sheet No. _10_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,125.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_          ,          Case No. _____
Debtor(s)                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  7114<br>Creditor # : 65<br>Merchant Credit Guide<br>Acct: Bankruptcy Dept<br>223 W. Jackson Blvd<br>Chicago IL 60606 | | H | 2009<br>Collection | | | | $ 900.00 |
| Account No:  3738<br>Creditor # : 66<br>Midland Credit Management<br>Attn:  Bankruptcy Dept<br>PO Box 8870<br>Los Angeles CA 90084-8870 | | H | 2003-2009<br>Collection | | | | $ 1,558.00 |
| Account No:  3738<br>Creditor # : 67<br>Midland Credit Management<br>Attn:  Bankruptcy Dept<br>2200 Byberry Rd #120<br>Hatboro PA 19040-3738 | | H | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:  1078<br>Creditor # : 68<br>National Recovery Agency<br>RE:  Bankruptcy Dept<br>11000 Central Ave<br>Minneapolis MN 55434 | | W | 2009<br>Collection | | | | $ 59.00 |
| Account No:<br>Creditor # : 69<br>Nicor Gas<br>Attn Bankruptcy Dept<br>PO Box 549<br>Aurora IL 60507-0000 | | H | 2008<br>Notice to other location | | | | $ 0.00 |
| Account No:<br>Creditor # : 70<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | H | 200809<br>Utility Bills | | | | $ 610.00 |

Sheet No. _11_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 3,127.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,   Case No. _____
_____Debtor(s)_____   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4178<br>Creditor # : 71<br>NIntendo<br>PO Box 5770<br>Harlan IA 51593 | | H | 2003-2009<br>Collection | | | | $ 20.00 |
| Account No:   2188<br>Creditor # : 72<br>Northwest Collectors<br>Acct:  Bankruptcy Dept<br>3601 Algonquin Rd  #500<br>Rolling Meadows IL 60008 | | H | 2009<br>Collection | | | | $ 278.00 |
| Account No:   5094<br>Creditor # : 73<br>Nuclear Oncology Medical Care<br>PO Box 45<br>Lyons IL 60534 | | W | 2006<br>Medical Bills | | | | $ 15,000.00 |
| Account No:   9878<br>Creditor # : 74<br>P & B Capital Group<br>Attn: Bankruptcy DEpt<br>PO Box 25197<br>Tampa FL 33622 | | H | 2003-2009<br>Loan | | | | $ 510.00 |
| Account No:   8405<br>Creditor # : 75<br>PACk Management -Payday Loan<br>Attn: Bankruptcy Dept<br>2533 N. Carson St<br>Carson City NV 89704 | | H | 2009<br>Loan | | | | $ 600.00 |
| Account No:<br>Creditor # : 76<br>PayDay Loan Store of Illinois<br>Attn:  Bankruptcy Dept<br>PO BOX  4384<br>Chicago IL 60680-4384 | | | 2003-2009<br>Loan | | | | $ 700.00 |

Sheet No. _12_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 17,108.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_    ,    Case No. _____
       **Debtor(s)**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 77 <br> PayDay Loan Store of Illinois <br> Attn:  Bankruptcy Dept <br> PO BOX  4384 <br> Chicago IL 60680-4384 | | | 2003-2009 <br> Loan | | | | $ 341.00 |
| Account No: <br> Creditor # : 78 <br> Peoples Gas <br> Attn Special Projects- <br> 130 E. Randolph St <br> Chicago IL 60601-000 | | W | 2009 <br> Utility Bills <br> Various Accounts | | | | $ 5,000.00 |
| Account No:    5731 <br> Creditor # : 79 <br> Plains Commerce Bank <br> Attn; Bankruptcy Dept <br> PO BOX  89927 <br> Sioux Falls SD 57109-6937 | | H | 2009 <br> Credit Account | | | | $ 471.00 |
| Account No:    1397 <br> Creditor # : 80 <br> Plains Commerce Bank <br> Attn: Bankruptcy Dept <br> PO Box 90340 <br> Sioux Falls SD 57109 | | | 2003-2009 <br> Credit Account | | | | $ 341.00 |
| Account No:    4105 <br> Creditor # : 81 <br> Radiologist of DuPage <br> Attn Patient Accts <br> 520 E. 22nd St <br> Lombard IL 60148 | | H | 2006 <br> Medical Bills | | | | $ 200.00 |
| Account No:    7988 <br> Creditor # : 82 <br> Richard J. Boudreau & Assoc <br> RE:  Washington Mutual <br> 5 Industrial Way <br> Salem NH 03079 | | W | 2009 <br> Collection | | | | $ 766.00 |

Sheet No. _13_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 7,119.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_ ,    Case No. _____
         **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **9xxx**<br>Creditor # : 83<br>RMI_MCSI Collection<br>Acct:  Bankruptcy Dept<br>18421 West St  #3<br>Lansing IL 60438-0000 | | H | 2009<br>Collection | | | | $ 90.00 |
| Account No:<br>Creditor # : 84<br>SALLIE MAE<br>Attn: Bankruptcy Dept<br>PO BOX  9500<br>Wilkes Barre PA 18773-9500 | | H | 2000<br>Student Loan | | | | $ 4,000.00 |
| Account No:<br>Creditor # : 85<br>Short Term Loans, L.L.C.<br>Attn:  Bankruptcy Dept<br>1400 E. Touhy Ave, #108<br>Des Plaines IL 60018 | | | 2003-2009<br>Loan | | | | $ 300.00 |
| Account No:   2313<br>Creditor # : 86<br>State Farm Insurance<br>Attn: Claims-000602071<br>2702 Ireland Grove<br>Bloomington IL 61709 | | J | 2009<br>Insurance Premium | | | | $ 300.00 |
| Account No:<br>Creditor # : 87<br>Surgical Consultants DuPage<br>908 N. Elm St<br>Hinsdale IL 60521 | | H | 2006<br>Medical Bills | | | | $ 360.00 |
| Account No:   344C<br>Creditor # : 88<br>The Bureaus<br>Attn:  Bankruptcy Dept<br>1721 Central Ave<br>Evanston IL 60204 | | | 2003-2009<br>Collection | | | | $ 1,170.00 |

Sheet No. __14__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 6,220.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_   ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 89 <br> Trunkett & Trunkett <br> RE:  Corporate America FCU <br> 20 N. Wacker Dr,  #1449 <br> Chicago IL 60606 | | | 2009 <br> Lawsuit <br> Case No  09 SC 6015 | | | | $ 2,044.00 |
| Account No: <br> Creditor # : 90 <br> Univ Chicago Medical Ctr <br> Attn:  Patient Accts <br> 1122 Paysphere Circle <br> Chicago IL 60674 | | H | 2006 <br> Medical Bills <br> Accts: 3-4735338  3-4178337 <br> 287746494  282746601   28286043 <br> 282886076 | | | | $ 2,000.00 |
| Account No: <br> Creditor # : 91 <br> University Chicago Medical Ctr <br> Attn:  Patient Accts <br> 1122 Paysphere Circle <br> Chicago IL 60674 | | H | 2006 <br> Medical Bills <br> Accts: 279691786   3-4647560 <br> 3-4716128  3-4718339 | | | | $ 11,000.00 |
| Account No: <br> Creditor # : 92 <br> University Chicago Medical Ctr <br> Attn:  Patient Accts <br> 1122 Paysphere Circle <br> Chicago IL 60674 | | H | 2006 <br> Medical Bills <br> Accts: 281349092  281349191 <br> 02858952  282746601 | | | | $ 6,256.00 |
| Account No: <br> Creditor # : 93 <br> US Dept of Justice <br> 219 S. Dearborn St <br> Fifth Floor <br> Chicago IL 60604 | | H | 2002 <br> Restitution <br> Case:199B29203/001 | | | | $ 26,063.00 |
| Account No:   0251 <br> Creditor # : 94 <br> USA Credit Union <br> Attn: Bankruptcy DEpt <br> One Millenium Dr <br> Uniontown PA 15401 | | | 2008 <br> Credit Account | | | | $ 486.00 |

Sheet No. __15__ of ___16___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 47,849.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____,   Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *2356* | | *W* | *2009* | | | | *$ 1,622.00* |
| *Creditor # : 95* *West Suburban Hospital* *Attn: Patient Accts* *3 Erie Court* *Oak Park IL 60302* | | | *Unsecured* | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |
| Account No: | | | | | | | |
| | | | | | | | |

Sheet No. _16_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | *$ 1,622.00* |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | Total $ | *$ 168,974.00* |

B6G (Official Form 6G) (12/07)

In re **_Geary O. McBurrows and DeLorise Robinson-McBurrows_**_____ / Debtor      Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_           / Debtor          Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows* ,   Case No. _____
_____ **Debtor(s)** _____                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *son* | AGE(S): *18yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Laid off 12/09* | *Audit (Part time)* |
| Name of Employer | | *Contemporary Services* |
| How Long Employed | | *6 mths* |
| Address of Employer | | *101 Green St* *Galena IL  61036* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ *0.00* | $ *1,516.67* |
| 2. Estimate monthly overtime | | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | | $ *0.00* | $ *1,516.67* |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ *0.00* | $ *346.67* |
| b. Insurance | | $ *0.00* | $ *0.00* |
| c. Union dues | | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ *0.00* | $ *346.67* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ *0.00* | $ *1,170.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ *0.00* | $ *0.00* |
| 8. Income from real property | | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): *Unemployment Compensation* | | $ *1,667.00* | $ *0.00* |
| 12. Pension or retirement income | | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): *Part Time Employment* | | $ *500.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ *2,167.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | | $ *2,167.00* | $ *1,170.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $    *3,337.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_____,    Case No. _____
                                    **Debtor(s)**                                                          (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,055.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|    b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other  _Internet-Cable_ | $ | 100.00 |
|    Other  _Cell Phone_ | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 150.00 |
|    e. Other  _Student loan_ | $ | 100.00 |
|    Other  _School expense books activity_ | $ | 30.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 515.00 |
|    b. Other: _Auto repair, upkeep & license_ | $ | 80.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: _Personal care items & grooming_ | $ | 40.00 |
|    Other: _Newspapers, suubscriptions mis_ | $ | 40.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 3,530.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 3,337.00 |
|    b. Average monthly expenses from Line 18 above | $ | 3,530.00 |
|    c. Monthly net income (a. minus b.) | $ | (193.00) |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     18,501.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     15,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *17* | | $    168,974.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      3,337.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      3,530.00 |
| TOTAL | | *28* | $     18,501.00 | $    183,974.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows*

Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *15,151.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *15,151.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *3,337.00* |
| Average Expenses (from Schedule J, Line 18) | $ *3,530.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *4,900.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *3,000.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *168,974.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *171,974.00* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Geary O. McBurrows and DeLorise Robinson-McBurrows_                     Case No. _____
                                        Debtor                                                              (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES


### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____29____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _12/30/2009_____          Signature  _/s/ Geary O. McBurrows_____
                                                           _Geary O. McBurrows_


Date: _12/30/2009_____          Signature  _/s/ DeLorise Robinson-McBurrows_____
                                                           _DeLorise Robinson-McBurrows_

                                          [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Geary O. McBurrows*
   *and*
   *DeLorise Robinson-McBurrows*
   *fka DeLorise Robinson*
   *fka DeLorise Crane*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

*Year to date:$50,000.00*             *2009 Wages from employment  Husband*
*appr*
  *Last Year:$53,243.00*             *2008 Same*
*Year before:$51,233.00*           *2007 Same*

---

*Year to date:$13,158.00*             *2009 Wages from employment  Wife*
  *Last Year:$29,951.00*             *2008 Same*
*Year before: $9,343.00*           *2007 Same*

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

Year to date:$0.00              2009   Wife
   Last Year:$0.00              2008
Year before:$12,533.00         2007 Unemployment Compensation

## 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

CAPTION OF SUIT
AND CASE NUMBER                NATURE OF PROCEEDING

COURT OR AGENCY
AND LOCATION                STATUS OR DISPOSITION

Corporate Ameica           Collection              DuOage county           Judgment
Family Credit Union                                Circuit court
vs.
Geary McBurrows
09 SC 6015

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None

☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None

☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None

☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None

☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None

☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* <br> *Address:* <br> *2021 Midwest Road* <br> *Oak Brook, IL 60521* | *Date of Payment:* <br> *Payor: Geary O. McBurrows* | *$1,000.00* |

## 10. Other transfers

None

☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

None ⊠     b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ⊠     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 12. Safe deposit boxes

None ⊠     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 13. Setoffs

None ⊠     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

## 14. Property held for another person

None ⊠     List all property owned by another person that the  debtor  holds  or  controls.

## 15. Prior address of debtor

None ⊠     If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address  of  either spouse.

## 16. Spouses and Former Spouses

None ⊠     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ⊠     For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *12/30/2009*        Signature   */s/ Geary O. McBurrows*
                           of Debtor

Date   *12/30/2009*        Signature   */s/ DeLorise Robinson-McBurrows*
                           of Joint Debtor
                           (if any)

Statement of Affairs - Page 7

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows*     Case No.
                                                              Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
|---|

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *12/30/2009*          Debtor:  */s/ Geary O. McBurrows*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows*                Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
| --- |

| **Creditor's Name :**<br><br>*None* | **Describe Property Securing Debt :** |
| --- | --- |

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain  _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
| --- |

| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes        ☐ No |
| --- | --- | --- |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *12/30/2009*                Debtor:  */s/ DeLorise Robinson-McBurrows*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Geary O. McBurrows and DeLorise Robinson-McBurrows*

Case No.
Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. *1* |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Auto Finance* | *2007 Ford Mustang* |

Property will be (check one) :
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
☒ Claimed as exempt     ☐ Not claimed as exempt

| Property No. *2* |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Auto Finance* | *2007 Ford Mustang* |

Property will be (check one) :
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
☒ Claimed as exempt     ☐ Not claimed as exempt

**Property No.** *3*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Chase Auto Finance* | *2007 Ford Mustang* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No.**

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _12/30/2009_      Debtor: _/s/ Geary O. McBurrows_

Date: _12/30/2009_      Joint Debtor: _/s/ DeLorise Robinson-McBurrows_

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Geary O. McBurrows*                                    Case No.
    *and*                                   Chapter  *7*
*DeLorise Robinson-McBurrows*
*fka DeLorise Robinson*
*fka DeLorise Crane*
_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*1,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*1,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3. $_____*299.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
       *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
       *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
       *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *12/30/2009*                     Respectfully submitted,


                      X*/s/ Richard S. Bass*_____
Attorney for Petitioner:*Richard S. Bass*
                     *Law Office of Richard S. Bass, LTD.*
                     *2021 Midwest Road*
                     *Oak Brook IL  60521*


                     *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Geary O. McBurrows*
   *and*
   *DeLorise Robinson-McBurrows*
   *fka DeLorise Robinson*
   *fka DeLorise Crane*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/30/2009*

*/s/ Geary O. McBurrows*
Debtor

*/s/ DeLorise Robinson-McBurrows*
Joint Debtor

Advance Center Healthcare
833 E. 158th St
Dolton, IL   60419

Adventist Health
Attn Patient Accts
911 Elm St
Hinsdale, IL   60521

Adventist Hinsdale Hospital
Attn: Patient Accts
120 N Oak St
Oak Brook, IL   60521

AES-PHEAP Student Loans
Attn: Bankruptcy DEpt
PO Box 2461
Harrisburg, PA   17105

AfL (Payday Loan)
Attn Bankruptcy Dept
6606 W. Roosevelt Rd
Glen Ellyn, IL   60137

Allied Interstate
Acct: Bankruptcy Dept
PO Box 361445
Columbus, OH   43236-0000

American Family Insurance
Attn:   Collection Dept
6000 American Pky
Madison, WI   53783-0001

Arrow Financial Service
Acct: Bankruptcy Dept
5996 W. Touhy
Niles, IL   60714-4610

Asset Acceptance Corp
Acct: Bankruptcy Dept
PO Box 2036
Warren, MI   48090-000

Asset Acceptance Corp
Acct: Bankruptcy Dept
PO Box 909886
Chicago, IL   60690-9886

Asset Acceptance Corp
Acct: Bankruptcy Dept
PO Box 2041
Warren, MI   48090-2041

Asset Acceptance LLC
Attn:   Bankruptcy Dept
PO BOX   2036
Warren, MI   48090-2036

Bank One
Attn: Bankruptcy Deptr
PO Box  15153
Wilmington, DE  19886-5153

Blatt Hasenmiller Leibsker et
Acct: Bankruptcy Dept
125 S. Wacker Dr  #400
Chicago, IL  60606-4440

Calvalry Portfolio Svcs
Attn:  Bankruptyc Dept
7 Skyline Drive, 3rd Flr
Hawthorne, NY  10532

Calvary Portfolio Svcs
Attn:  Bankruptcy Dept
7 Skyline Dr, 3rd FL
Hawthorne, NY  10532

Capital Management Services
Attn:  Bankruptcy Dept
726 Exchange Street, Suite 700
Buffalo, NY  14210

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  5155
Norcross, GA  30091

Cash America Net Illinois
Attn: Bankruptcy Dept
200 W. Jackson Blvd  #2400
Chicago, IL  60606

Cash Call Loans
Attn: Bankruptcy Dept
PO Box 307167
Gahanna, OH  43230

Cash Call WYN
Attn: Bankruptcy Dept
PO Box 307167
Gahanna, OH  43230

Cavalry Portfolio Services
Acct:  First Chicago
7 Skyline Dr, 3rd Floor
Hawthorn  , NY  10532

Cavalry Portfolio Services
Acct: Sprint
PO Box 1017
Hawthorne, NY  10532

Central DuPage Hospital
Attn:  Patient Accounts
25 N. Winfield Road
Winfield, IL  60190-1295

Chase Auto Finance
Attn Bankruptcy Dept
PO Box 5210
New Hyde Park, NY  11042

Chase Auto Finance
National Bankruptcy Dept
PO BOX  29505 / AZ1-1191
Phoenix, AZ  85038-8986

Chase Auto Finance
Attn: Bankruptcy Dept
PO Box 78068
Phoenix, AZ  85062-8067

Chase
Attn:  Bankruptcy Dept
PO Box 260161
Baton Rouge, LA  70826

Citi Financial Auto
Attn: Bankruptcy Dept
PO BOX  210189
Bedford, TX  76095

Credit Collection Services
Acct: Geico Direct
PO Box 55126
Boston, MA  02205

Credit One Bank
Attn:  Bankruptcy Dept
PO BOX  98873
Las Vegas, NV  89193

Credit Protection Assoc
RE:  COMCAST
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Discover Card
Attn:  Bankruptcy Dept
3311 Mill Meadow Road
Hilliard, OH  43026

Dr. Kozulff
1 N. 121 County Farm Rd
Plainfield, IL  60544

DuPage Pathology Assoc
520 E. 22nd St
Lombard, IL  60148

Edward Hospital
801 S. Washington St
PO Box 3060-Patient Accts
Naperville, IL  60566

Elmhurst Medical

Attn:  Patient Accts
75 Remittance Dr  #6383
Chicago, IL  60675

Fast Cash Advance
Attn:  Bankruptcy Dept
413 E. Ogden Ave
Naperville, IL  60563

First Premier Bank
Attn:   Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5512

First Premier Bank
Attn Bankruptcy Dept
PO Box 5147
Sioux Falls , SD  57117-5147

First Premier Bank
Attn Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5524

Gastroenterology Services LTD
Attn:  Patient Accounts
333 Chestnute   #104
Downers Grove, IL  60515

GE Money Bank
Acct: Bankruptcy Dept
PO Box 900061
Orlando, FL  32896-0061

Geico Direct Insurance
Attn:   Collection Dept
One Geico Plaza
Bethesda, MD  20811-0001

Genesis Financial Solutions
Attn:  Bankruptcy Dept
505 N. LaSalle St,  #250
Chicago, IL  60654

GMAC Financial
Attn: Bankruptcy Dept
PO Box 130424
Roseville, MN  55113-0004

Greater Suburban Acceptance
Attn: Bankruptcy Dept
PO Box 369
Downers Grove, IL  60515

Greater Suburban Acceptance
Attn: Bankruptcy Dept
1645 Ogden Ave
Downers Grove, IL  60515

Horizon Card Services
Attn: Bankruptcy Dept
PO Box 1275
Indiana, PA  15701

HSBC Card Services
Attn:  Bankruptcy Dept
PO BOX  80084
Salinas, CA  93912-0084

I. C. System Inc.
RE:Chase Card
444 Highway 96 E, PO BOX 64887
Saint Paul, MN  55164-0887

Illinois Collection Service
RE:  Bankruptcy Dept
PO BOX  646
Oak Lawn, IL  60454-0646

Illinois Title Loan
Attn: Bankruptcy Dept
205 E. St. Charles Rd
Villa Park, IL  60181

Imagine
 Bankruptcy Dept
PO BOX  105555
Atlanta, GA  30348-5555

Law Office Brent Christianson
1755 S. Naperville Rd
Suite #100
Wheaton, IL  60187

Law Office McMahan & Sigunick
Acct: Asset Acceptance
216 W. Jackson Blvd  #900
Chicago, IL  60606

Leading Edge Recovery
Acct: Credit One Bank
5440 N. Cumberland  #300
Chicago, IL  60656

LVNV Funding
RE:  Capital One
PO BOX  10497
Greenville, SC  29603-0584

Medical Business Bureau
Acct: Bankruptcy Dept
PO Box 1219
Park Ridge, IL  60068-7219

Mercantile Collection
Acct: First Premier Bank
PO Box 9016
Williamsville, NY  14231

```
Merchant Credit Guide
Acct: Bankruptcy Dept
223 W. Jackson Blvd  #900
Chicago, IL  60606

Merchant Credit Guide
Acct:Bankruptcy Dept
223 W. Jackson Blvd  #900
Chicago, IL  60606

Merchant Credit Guide
Acct: Bankruptcy Dept
223 W. Jackson Blvd
Chicago, IL  60606

Midland Credit Management
Attn:  Bankruptcy Dept
PO Box 8870
Los Angeles, CA  90084-8870

Midland Credit Management
Attn:  Bankruptcy Dept
2200 Byberry Rd #120
Hatboro, PA  19040-3738

National Recovery Agency
RE:  Bankruptcy Dept
11000 Central Ave
Minneapolis, MN  55434

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Nicor Gas
Attn Bankruptcy Dept
PO Box 549
Aurora, IL  60507-0000

NIntendo
PO Box 5770
Harlan, IA  51593

Northwest Collectors
Acct:  Bankruptcy Dept
3601 Algonquin Rd  #500
Rolling Meadows, IL  60008

Nuclear Oncology Medical Care
PO Box 45
Lyons, IL  60534

P & B Capital Group
Attn: Bankruptcy DEpt
PO Box 25197
Tampa, FL  33622
```

PACk Management - Payday Loan
Attn: Bankruptcy Dept
2533 N. Carson St
Carson City, NV  89704

PayDay Loan Store of Illinois
Attn:  Bankruptcy Dept
PO BOX  4384
Chicago, IL  60680-4384

Peoples Gas
Attn Special Projects-
130 E. Randolph St
Chicago, IL  60601-000

Plains Commerce Bank
Attn: Bankruptcy Dept
PO Box 90340
Sioux Falls, SD  57109

Plains Commerce Bank
Attn; Bankruptcy Dept
PO BOX  89927
Sioux Falls, SD  57109-6937

Radiologist of DuPage
Attn Patient Accts
520 E. 22nd St
Lombard, IL  60148

Richard J. Boudreau & Assoc
RE:  Washington Mutual
5 Industrial Way
Salem, NH  03079

RMI_MCSI Collection
Acct:  Bankruptcy Dept
18421 West St  #3
Lansing, IL  60438-0000

SALLIE MAE
Attn: Bankruptcy Dept
PO BOX  9500
Wilkes Barre, PA  18773-9500

Short Term Loans, L.L.C.
Attn:  Bankruptcy Dept
1400 E. Touhy Ave, #108
Des Plaines, IL  60018

State Farm Insurance
Attn: Claims-000602071
2702 Ireland Grove
Bloomington, IL  61709

Surgical Consultants DuPage
908 N. Elm St
Hinsdale, IL  60521

```
The Bureaus
Attn:  Bankruptcy Dept
1721 Central Ave
Evanston, IL  60204


Trunkett & Trunkett
RE:  Corporate America FCU
20 N. Wacker Dr,  #1449
Chicago, IL  60606


Univ Chicago Medical Ctr
Attn:  Patient Accts
1122 Paysphere Circle
Chicago, IL  60674


University Chicago Medical Ctr
Attn:  Patient Accts
1122 Paysphere Circle
Chicago, IL  60674


US Dept of Justice
219 S. Dearborn St
Fifth Floor
Chicago, IL  60604


USA Credit Union
Attn: Bankruptcy DEpt
One Millenium Dr
Uniontown, PA  15401


West Suburban Hospital
Attn: Patient Accts
3 Erie Court
Oak Park, IL  60302
```